**Maynard BANTON, Plaintiff–Appellant,**

v.

**L.M. SAUNDERS, Warden of Coffeewood Correctional Center; Ronald Angelone, Director of Corrections, Defendants–Appellees.**

**No. 02–6857.**

United States Court of Appeals, Fourth Circuit.

Submitted July 18, 2002.

Decided July 25, 2002.

Maynard Banton, Appellant Pro Se.

Before WIDENER, LUTTIG, and GREGORY, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Maynard Banton, a Virginia inmate, appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp.2001) complaint under 28 U.S.C.A. § 1915A (West Supp.2000). We have reviewed the record and the district court's opinion and find that this appeal is frivolous. Accordingly, we dismiss the appeal on the reasoning of the district court. *See Banton v. Saunders,* No. CA–02–338–2 (E.D.Va. May 23, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*